UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEAN REYNOLDS,

Defendant.

Cr. No. 16-20732
HON. GERSHWIN A. DRAIN

______________________________/

**STIPULATION TO REDUCE SENTENCE PURSUANT TO AMENDED UNITED STATES SENTENCING GUIDELINES (PART B)**

On February 6, 2019, this Court sentenced defendant Dean Reynolds to 204 months in custody based on his convictions for Bribery Conspiracy Concerning Programs Receiving Federal Funds and Bribery Concerning Programs Receiving Federal Funds. The total offense level at the time of the original sentencing was 36. The defendant's criminal history was category I based on zero criminal history points. The sentencing guideline range was 235 to 293 months.

The parties agree that defendant meets the criteria under United States Sentencing Guidelines Amendments 821 (Part B), the recent retroactive amendment granting a two-level reduction to certain "zero-point offenders" under USSG § 4C1.1.

If Amendment 821 had been in effect at the time of defendant's sentencing, the guideline range would have been 188 to 235 months.

The Probation Department agrees with this calculation, as a reflected in the § 1B1.10 report. (ECF No. 347.)

The parties stipulate that, under 18 U.S.C. § 3582(c)(2), the Court may reduce defendant's sentence to a term of imprisonment not lower than 188 months, effective no sooner than February 1, 2024. The parties further agree that the factors set forth in 18 U.S.C. § 3553(a) support a reduction in sentence to 188 months.

Nothing in this stipulation is intended affect Defendant's pending motion under 28 U.S.C. § 2255.

*s/ Benton C. Martin*
Attorney for Defendant
613 Abbott, Suite 500
Detroit, Michigan 48226
Telephone: (313) 967-5832
Email: Benton_Martin@fd.org

*s/ Steven P. Cares (w/consent)*
Assistant U.S. Attorney
211 W. Fort, Ste. 2001
Detroit, Michigan 48226
Telephone: (313) 226-9139
Email: steven.cares@usdoj.gov

Date: March 20, 2024